**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 20-2150

───────────────

ABANOOB ABDEL-MALAK,

      Plaintiff - Appellant,

    v.

CAPE FEAR VALLEY MEDICAL CENTER; JOSEPH SHORTALL; JOHN DOE, #1; JOHN DOE, #2; JOHN DOE, #3; JOHN DOE, #4; JOHN DOE, #5; JOHN DOE, #6; JOHN DOE, #7,

      Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:20-cv-00221-BR)

───────────────

Submitted:  February 28, 2022                    Decided:  March 9, 2022

───────────────

Before THACKER, and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Abanoob Abdel-Malak, Appellant Pro Se.  Benjamin N. Thompson, Charles George, WYRICK ROBBINS YATES PONTON, Raleigh, North Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abanoob Abdel-Malak appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Abdel-Malak's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court and deny Abdel-Malak's pending motions.  *Abdel-Malak v. Cape Fear Valley Med. Ctr.*, No. 5:20-cv-00221-BR (E.D.N.C. Sept. 28, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2